WILLSON, Appellant, v. WILLSON, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by John W. Willson against Lillian E. Willson. H. K. Davis, for appellant. M. Meyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WINTER v. WINTER. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Louise Winter against Charles Winter. No opinion. Motion granted, on condition that the respondent gives the stipulation mentioned in memo. Settle order on notice.

WOLKOWITZ, Respondent, v. BLECHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Max Wolkowitz against Max Blecher and another. No opinion. Motion to dismiss appeal granted, unless the appeal is perfected, return filed, and the case placed on the next calendar of this court for argument. On compliance with these terms, motion denied.

WOOD, Respondent, v. SHERLOCK, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by William P. Wood against Adelaide A. Sherlock. No opinion. Judgment of the Municipal Court affirmed, with costs.

WOOD, Appellant, v. WOOD, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Henry P. Wood against John A. Wood. No opinion. Judgment and order affirmed, with costs.

WOODS, Respondent, v. LEBER, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by George W. Woods against Edward Leber. No opinion. Motion to dismiss appeal granted, with costs.

WORDEN, Respondent, v. BENTLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907. ) Action by Arthur Worden against Clarence D. Bentley. No opinion. Judgment and order affirmed, with costs.

WYNN, Respondent, v. PROVIDENT LIFE & TRUST CO. OF PHILADELPHIA, PA., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Ellen J. Wynn against the Provident Life & Trust Company of Philadelphia, Pa. PER CURIAM. Judgment and order reversed as against the weight of evidence, and new trial granted, with cost to appellant to abide event. PARKER, P. J., not voting, not being a member of this court at the time this decision is handed down.

In re ZETERBERG. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the application of Herman Zeterberg to fix and determine an alleged attorney's lien filed by Clarence C. Ferris, etc. No opinion. Order affirmed, with $10 costs and disbursements.

**END OF CASES IN VOL. 102.**